UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SLS MANAGER TECHNOLOGIES, LLC | ) ) ) | Civil Action No. 6:23-cv-520AM |
| *Plaintiff*, | ) | |
| v. | ) ) | |
| ORACLE CORPORATION | ) ) | |
| *Defendant* | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**UNDER FRCP 41**

Plaintiff hereby voluntarily dismisses the above action, without prejudice, pursuant to

Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure.   Defendant has neither answered nor

filed a motion for summary judgement.


Executed on October 18, 2023                    Respectfully submitted,



          /s/ Joseph J. Zito
Joseph J. Zito
Whitestone Law
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
202-466-3500
jzito@whitestone.law
*Attorneys for Plaintiff*
*SLS Manager Technologies, LLC*

1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 18, 2023 the foregoing Notice of Voluntary Dismissal was filed with the Clerk of Court using the CM/ECF system, which send a notification of such filing to counsel of record.

 /s/ Joseph J. Zito
Joseph J. Zito